**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-6040

HAROLD SMITH,

Plaintiff - Appellant,

versus

STEVE HARRISON, Associate Warden; FRANK SPOON,
Factory Manager; JERRY DEMPSEY, Foreman;
MONROE, Foreman; RICKY GAULT, Foreman; ELMORE
BUTCH HARRIS, Assistant Safety Manager; JOHN
DOE, Property Owner; UNITED STATES OF AMERICA,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  Henry F. Floyd, District Judge.
(CA-04-1188-6)

Submitted:  November 21, 2006      Decided:  November 29, 2006

Before TRAXLER and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Harold Smith, Appellant Pro Se.  Barbara Murcier Bowens, OFFICE OF
THE UNITED STATES ATTORNEY, Columbia, South Carolina, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Harold Smith appeals the district court's order accepting the recommendations of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Smith v. Harrison</u>, No. CA-04-1188-6 (D.S.C. Dec. 7, 2005). Smith's motion for appointment of counsel is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>